```
1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19 th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
6  Counsel for Defendant MARTYN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0754 JCS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
|  | ) | **ORDER TO CONTINUE SENTENCING** |
| v. | ) | **HEARING** |
| JACQUELINE M. MARTYN, | ) |  |
| Defendant. | ) |  |

  Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently set for April 24, 2009, be continued to May 8, 2009, at 10:30 a.m. The reason for the continuance is defense counsel will be out of the office on the currently set date.

  All parties are available on the requested date. The probation officer has no objections.

//

//

//

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jaqueline Martyn*
CR 08-0754 JCS    1

IT IS SO STIPULATED.

Dated: April 17, 2009

_____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Jacqueline Martyn

Dated: April 17, 2009

_____/s/_____
WENDY M. THOMAS
Assistant United States Attorney

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing in the aforementioned matter currently set for April 24, 2009 shall be continued to May 8, 2009, at 10:30 a.m.

**IT IS SO ORDERED**.

Dated: April 20, 2009

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

STIPULATION TO CONTINUE
HEARING; *U.S. v. Jaqueline Martyn*
CR 08-0754 JCS                                    2